**Patrick A. LEE; Floyd Hand; William J. Bielecki, Sr., each as individuals, pro se, Plaintiffs–Appellants**

v.

**CLEVE HER MANY HORSES, Acting Superintendent of Bureau of Indian Affairs, Pine Ridge Agency, Pine Ridge Indian Reservation, South Dakota; Ruth Brown; Jim Meeks; Charles L. Cummings; Craig Dillon; Stanley Little White Man; Bernie Shot With Arrow; Paul Little; Barbara Dull Knife; James Cross; Lydia Bear Killer; Danielle Lebeau, also known as Dani Lebeau; Troy Weston, also known as Scott Weston; Dan Rodriguez; Jacqueline F. Siers; Gar-**

**field Steele; Kevin Yellow Bird Steele; Irving Provost; Robin Tapio; Lawrence Eagle Bull, also known as Larry Eagle Bull; John Hass; Bette Goings; Tatewin Means, Defendants–Appellees.**

No. 14–2027.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 3, 2014.

Filed: Dec. 9, 2014.

Patrick A. Lee, Rapid City, SD, pro se.

Floyd Hand, Pine Ridge, SD, pro se.

William J. Bielecki, Sr., Pine Ridge, SD, pro se.

Jan Leslie Holmgren, Assistant U.S. Attorney, U.S. Attorney's Office, Sioux Falls, SD, for Defendant–Appellee Cleve Her Many Horses, Acting Superintendent of Bureau of Indian Affairs, Pine Ridge Agency, Pine Ridge Indian Reservation, South Dakota.

Jennifer Pauline Hughes, Hobbs & Straus, Washington, DC, Michael C. Loos, Clayborne & Loos, Rapid City, SD, for Defendants–Appellees Ruth Brown, Jim Meeks, Charles L. Cummings, Craig Dillon, Stanley Little White Man, Bernie Shot With Arrow, Paul Little, Barbara Dull Knife, James Cross, Lydia Bear Killer, Danielle Lebeau, Troy Weston, Dan Rodriguez, Jacqueline F. Siers, Garfield Steele, Kevin Yellow Bird Steele, Irving Provost, Robin Tapio, Lawrence Eagle Bull, John Haas, Bette Goings, and Tatewin Means.

Before GRUENDER, BENTON, and KELLY, Circuit Judges.

PER CURIAM.

Appellants, who are members the Oglala Sioux Nation (Tribe), appeal the dismissal without prejudice of their claims against members of the Tribal government and the Bureau of Indian Affairs. After de novo review, this court agrees with the district court's[1] thorough, well-reasoned opinion dismissing for lack of jurisdiction. *See Great Rivers Habitat Alliance v. Fed. Emergency Mgmt. Agency*, 615 F.3d 985, 988 (8th Cir.2010) (standard of review).

The judgment is affirmed. *See* 8th Cir. R. 47B. Appellees' motions to strike appellants' supplemental addendum are granted.

---

1. The Honorable Jeffrey L. Viken, Chief Judge, United States District Court for the District of South Dakota.